# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RICHARD GOEDEN**, <br><br> Plaintiff, <br><br> vs. <br><br> **DARIGOLD, INC.,** a Washington corporation <br><br> Defendants. | **JUDGMENT** <br><br> Case No. 1:11-CV-252-BLW |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 20) is APPROVED, and the above-entitled action is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney fees.

IT IS FURTHER ORDERED, that the Clerk close this case.

DATED: July 30, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

1